JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK, N.A., AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-CF1,<br><br>Plaintiff,<br><br>v.<br><br>TOM D. SOUMAS, JR., AS CO-TRUSTEE OF THE TOM AND BARBARA SOUMAS FAMILY TRUST; BARBARA L. SOUMAS, AS CO-TRUSTEE OF THE TOM AND BARBARA SOUMAS FAMILY TRUST; NARAX, INC.; FREDERICK BARAK; MCCOLGAN AND VANNI; UNITED STATES INTERNAL REVENUE SERVICE; STATE OF CALIFORNIA FRANCHISE TAX BOARD; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:16-cv-06271-MWF (JEMx)<br>Hon. Michael S. Fitzgerald<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**<br><br>Complaint Filed: July 20, 2016<br>Trial Date: None Set |

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4811

Pursuant to the stipulation of Plaintiff The Bank of New York Mellon F/K/A The Bank of New York as Successor in Interest to JP Morgan Chase Bank, N.A., as Trustee for Credit Suisse First Boston Mortgage Securities Corp., Mortgage Pass Through Certificates, Series 2004-CF1 ("Plaintiff"), Defendant United States of America, Defendant and Cross-Complainant Tom D. Soumas, Jr., and Defendant and Cross-Complainant Barbara L. Soumas, and for good cause shown, the Court hereby dismisses Plaintiff's entire complaint against the defendants as captioned above, including all causes of actions alleged therein, without prejudice; and orders all parties to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: October 17, 2016  _____
Hon. Michael S. Fitzgerald
United States District Judge

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4811